

**McGuireWoods LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Tel 412.667.6000
Fax 412.667.6050
www.mcguirewoods.com

**K. Issac deVyver**
Direct: 412.667.6000
kdevyver@mcguirewoods.com

June 2, 2023

**VIA ECF**
Honorable Judge Kiyo A. Matsumoto, U.S.D.J.
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Stephen v. Coinbase, Inc. and Cross River Bank*,
           **Case No. 1:23-cv-01519-KAM-SJB**

Dear Judge Matsumoto,

    Plaintiff Maurice Stephen ("Plaintiff") and Defendants Coinbase, Inc. and Cross River Bank (collectively, the "Parties"), respectfully submit this letter requesting until June 16, 2023 (an extra two weeks) to file a Stipulation of Dismissal. The Parties have reached an agreement on settlement in principle but require additional time to finalize the settlement documents.

                                           Respectfully submitted,

                                           */s/ K. Issac deVyver*
                                           K. Issac deVyver

cc: All Counsel of Record (via ECF)

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.