UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
MAURICE STEPHEN, :
: Case No.: 23-cv-1519-KAM-SJB
Plaintiff, :
:
– against – :
:
COINBASE, INC., and :
CROSS RIVER BANK, :
:
Defendants. :
:
-------------------------------------------------------------------- X

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maurice Stephen hereby dismisses with prejudice all causes of action in the Complaint against Defendants Coinbase, Inc. and Cross River Bank.

Dated: August 11, 2023

8.11.2023

/s/ *Melissa Koven*
Melissa Koven
CAMBA LEGAL SERVICES, INC.
Elizabeth Miller, General Counsel
20 Snyder Ave.
Brooklyn, NY 11226
Phone: (718) 940-6311
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be served the above referenced document to the parties listed below via ECF:

Counsel for Coinbase, Inc. and Cross River Bank
K. Issac deVyver, Esq.
Jeffrey Paul Ehrlich, Esq.
Ha Young Chung, Esq.
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
412-667-6000


Dated: August 11, 2023

/s/ *Melissa Koven*
Melissa Koven
*Counsel for Plaintiff*